# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | 11-CR-82-2 |
| | : | |
| v. | : | 13-CV-6079 |
| | : | |
| **JOSEPH BRAUBITZ** | : | |

# O R D E R

**AND NOW**, this 16th day of June, 2014, in accordance with the mandate issued by the Court of Appeals for the Third Circuit dated December 3, 2013, and after having found that Mr. Braubitz had failed to make a substantial showing of the denial of a constitutional right in an accompanying memorandum, it is hereby **ORDERED** that no certificate of appealability shall issue.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.